Civil Action No. **2:22-CV-01618-JHC**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Trammel Crow Company LLC**
was recieved by me on **11/15/2022:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **Trammel Crow Company LLC11/16/2022**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 11/16/2022

*Server's signature*

**Kevin Nakai**
*Printed name and title*

**207 Goldmyer Dr**
**Chehalis, WA 98532**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Ellen Jones who indicated they were the person authorized to accept with identity confirmed by physical description. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 80-120 lbs with glasses.**



Tracking #: **0096638630**