**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MEGHAN CHERRY, KIMEN TROCHALAKIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; TRAMMELL CROW COMPANY, LLC; LINCOLN PROPERTY CO.; FPI MANAGEMENT, INC.; AVENUE5 RESIDENTIAL, LLC; EQUITY RESIDENTIAL; ESSEX PROPERTY TRUST, INC.; THRIVE COMMUNITIES MANAGEMENT, LLC; AVALONBAY COMMUNITIES INC.; and SECURITY PROPERTIES INC.,<br><br>Defendants. | No. 2:22-cv-01618-JHC<br><br>**NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT TRAMMELL CROW COMPANY, LLC, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT TRAMMELL CROW COMPANY, LLC
Case No. 2:22-cv-01618-JHC
011048-11/2077105 V1

Case 3:23-cv-00332   Document 18   Filed 11/21/22   Page 1 of 3 PageID #: 100


1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs by and through their |
| 2 | counsel hereby give notice that the above-captioned action is voluntarily dismissed, without |
| 3 | prejudice, against Defendant Trammell Crow Company, LLC. This notice applies only to the |
| 4 | claims against Trammell Crow Company, LLC. All Plaintiffs actions against the other named |
| 5 | defendants remain pending and unaffected. |

Dated: November 21, 2022

Respectfully submitted by,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
Steve W. Berman, WSBA No. 12536

By: */s/ Breanna Van Engelen*
Breanna Van Engelen, WSBA No. 49213
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
breannav@hbsslaw.com

Rio S. Pierce (*pro hac vice*)
Hannah K. Song (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: riop@hbsslaw.com
hannahso@hbsslaw.com

*Attorneys for Plaintiffs*

NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL OF
DEFENDANT TRAMMELL CROW COMPANY, LLC
Case No. 2:22-cv-01618-JHC
011048-11/2077105 V1

Case 3:23-cv-00332  Document 18  Filed 11/21/22  Page 2 of 3 PageID #: 101

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to all counsel of record.

/s/ *Steve W. Berman*
Steve W. Berman

NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL OF
DEFENDANT TRAMMELL CROW COMPANY, LLC – 2
Case No. 2:22-cv-01618-JHC
011048-11/2077105 V1

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE　(206) 623-0594 FAX