UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) Case No. 3:23-md-3071 <br> ) MDL No. 3071 <br> ) <br> ) **This Document Relates to:** <br> ) 3:23-cv-00326 <br> ) 3:23-cv-00330 <br> ) 3:23-cv-00331 <br> ) 3:23-cv-00332 <br> ) 3:23-cv-00333 <br> ) 3:23-cv-00335 <br> ) 3:23-cv-00338 <br> ) 3:23-cv-00339 <br> ) 3:23-cv-00356 <br> ) 3:23-cv-00357 <br> ) 3:23-cv-00358 <br> ) 3:23-cv-00378 <br> ) 3:23-cv-00379 <br> ) 3:23-cv-00381 <br> ) 3:23-cv-00389 <br> ) 3:23-cv-00390 <br> ) 3:23-cv-00414 <br> ) 3:23-cv-00440 |

### ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs in the above cases have filed a Notice of Dismissal Without Prejudice of Defendant Avalonbay Communities, Inc. (Doc. No. 309). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** against Avalonbay Communities, Inc. All other matters are reserved.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE