# APPENDIX A

| Deadline | Current Date | Plaintiffs' Proposal |
|---|---|---|
| Requests for Admission (except for requests to establish authenticity or admissibility of documents) | August 21, 2025 | November 21, 2025 |
| Fact Discovery Deadline | November 21, 2025 | February 27, 2026 |
| Opening expert reports | February 19, 2026 | May 20, 2026 |
| Rebuttal expert reports | April 20, 2026 | July 20, 2026 |
| Reply expert reports | June 4, 2026 | September 1, 2026 |
| Class cert motion<br>Daubert motions for opening expert reports | July 20, 2026 | September 29, 2026 |
| Opposition to class cert motion<br>Daubert motions for rebuttal expert reports<br>Oppositions to Daubert motions for opening expert reports | September 7, 2026 | November 13, 2026 |
| Reply ISO motion for class cert<br>Oppositions to Dauberts for rebuttal reports<br>Replies ISO Dauberts for opening reports | October 7, 2026 | December 14, 2026 |
| Replies ISO Daubert motions for rebuttal reports | November 6, 2026 | January 13, 2027 |
| Class certification and Daubert hearing | November or December 2026 | January 2027 |
| Summary judgment motions | March 1, 2027 | April 27, 2027 |
| Oppositions to summary judgment motions | April 30, 2027 | June 11, 2027 |
| Replies ISO summary judgment | June 14, 2027 | July 26, 2027 |
| Argument on SJ motions | July 15 and 16, 2027 | August 2027, at Court's convenience |
| Trial-ready | October 1, 2027 | January 3, 2028 |
| Pretrial materials due for M.D. Tenn. cases | January 10, 2028 | January 10, 2028 |
| Pretrial conference for M.D. Tenn. cases | January 18 and 19, 2028 | January 18 and 19, 2028 |
| Jury trial for M.D. Tenn. cases | February 1, 2028 | February 1, 2028 |