UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | NO. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENTS**

Pursuant to the Court's October 8, 2025, Order (Doc. No. 1260), the remaining Defendants[1] in this matter hereby respond to Plaintiffs' Motion for Preliminary Approval of Class Settlements and for Appointment of Settlement Class Representatives, Settlement Class Counsel and Settlement Administrator (Doc. No. 1247) as follows: Defendants do not oppose the relief sought in the Motion.

[signature blocks on following page]

---

[1] Filing Defendants include Camden Property Trust; Cortland Management, LLC; Equity Residential; Essex Property Trust, Inc.; Independence Realty Trust, Inc.; Willow Bridge Property Co. (formerly known as Lincoln Property Co.); Mid-America Apartment Communities, Inc.; Mid-America Apartments, LP; Morgan Properties, LLC; RPM Living LLC; Sares Regis Group Commercial, Inc.; The Related Companies, L.P.; Related Management Company, L.P.; Rose Associates, Inc.; ZRS Management, LLC; Trammel Crow Residential Co.; Crow Holdings, LP; UDR, Inc.; Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.; and Highmark Residential, LLC. As previewed in Plaintiffs and Settling Defendants' Quarterly Settlement Report filed September 30, 2025 (Doc. No. 1243), Defendant Highmark has reached a settlement in principle with Plaintiffs but joins this Response since its settlement has not yet been finalized, and Highmark was not included in Plaintiffs' October 8 filing.

Dated: October 14, 2025

<div style="column-count:2">

*/s/ David D. Cross*
David D. Cross (admitted *pro hac vice*)
dcross@goodwinlaw.com
Alexandra Russell (admitted *pro hac vice*)
arussell@goodwinlaw.com
Julia Maloney (admitted *pro hac vice*)
juliamaloney@goodwinlaw.com
Fatmeh Basma (admitted *pro hac vice*)
fbasma@goodwinlaw.com
Julia Stamper (admitted *pro hac vice*)
jstamper@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
Telephone: (202) 346-4000

Kathryn M. Baldwin (admitted *pro hac vice*)
kbaldwin@goodwinlaw.com
Ben Campbell (admitted *pro hac vice*)
bencampbell@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

*/s/ Joshua L. Burgener*
jburgener@fbtlaw.com
FROST BROWN TODD LLC
150 3rd Ave S., Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5667

*Counsel for Defendant UDR, Inc.*

*/s/ Jeffrey L. Kessler*
Jeffrey L. Kessler
JKessler@winston.com
Sofia Arguello
SArguello@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

Conor Reidy
CReidy@winston.com
Matthew DalSanto
MDalSanto@winston.com
WINSTON & STRAWN LLP
300 N. LaSalle Drive, Suite 4400
Chicago, IL 60654
Telephone: (312) 558-5600

Kevin Goldstein
KBGoldstein@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036-3506
Telephone: (202) 282-5000

Alyse F. Stach
astach@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Justin P. Murphy
jpmurphy@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W., Suite 1100
Washington, D.C. 20236-5403
Telephone: (202) 861-1529

</div>

Stephen J. Zralek, BPR #018971
szralek@spencerfane.com
S. Chase Fann, BPR #036794
cfann@spencerfane.com
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

/s/ Lynn H. Murray
Lynn H. Murray
lhmurray@shb.com
Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

Ryan Sandrock
rsandrock@shb.com
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

*Counsel for Defendant Camden Property Trust*

/s/ Todd R. Seelman
Todd R. Seelman, admitted *Pro Hac Vice*
Thomas L. Dyer, admitted *Pro Hac Vice*
**Lewis Brisbois Bisgaard & Smith LLP**
1700 Lincoln Street, Suite 3500
Denver, Colorado 80203
Telephone: (720) 292-2002
Todd.Seelman@lewisbrisbois.com
Thomas.Dyer@lewisbrisbois.com

*Counsel for Defendant Cortland Management, LLC*

/s/ John J. Sullivan
John J. Sullivan (admitted *pro hac vice*)
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

Thomas Ingalls (admitted *pro hac vice*)
tingalls@cozen.com
COZEN O'CONNOR P.C.
1200 19th St. NW, Suite 300
Washington, DC 20036
Telephone: (202) 471-3411

Robert S. Clark (admitted *pro hac vice*)
robertclark@cozen.com
Nathan J. Larkin (admitted *pro hac vice*)
nlarkin@cozen.com
COZEN O'CONNOR P.C.
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 366-4463

*Counsel for Defendants Independence Realty Trust, Inc.*

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

/s/ Britt M. Miller
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Rachel J. Lamorte (admitted *pro hac vice*)
rlamorte@mayerbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3262

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

<div style="display: flex;">
<div style="flex: 1;">

*/s/ Michael D. Bonanno*
Michael D. Bonanno (admitted *pro hac vice*)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

</div>
<div style="flex: 1;">

*/s/ David A. Walton*
David A. Walton
dwalton@bellnunnally.com
Troy Lee (T.J.) Hales
thales@bellnunnally.com
BELL NUNNALLY & MARTIN, LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

*Counsel for Defendant RPM Living, LLC*

</div>
</div>

*/s/ Gregory J. Casas*
Gregory J. Casas (admitted pro hac vice)
greg.casas@us.dlapiper.com
Emily W. Collins (admitted pro hac vice)
emily.collins@us.dlapiper.com
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, Texas 78701
Telephone: (512) 457-7290

Becky L. Caruso (admitted pro hac vice)
becky.caruso@us.dlapiper.com
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
Telephone: (973) 520-2550

*/s/ Ryan T. Holt*
Ryan T. Holt (Bar No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (Bar No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200

*Counsel for Defendant Willow Bridge Property Company (f/k/a Lincoln Property Company)*

*/s/ Andrew Harris*
Andrew Harris
Andrew.Harris@Levittboccio.com
LEVITT & BOCCIO, LLP
423 West 55th Street
New York, NY 10019
Telephone: (212) 801-1104

*/s/ Georgia K. Winston*
Georgia K. Winston (admitted *pro hac vice*)
gwinston@wmhlaw.com
WALDEN MACHT & HARAN LLP
250 Vesey Street
New York, NY 10281
Telephone: (212) 335-2030

Jennifer S. Rusie
Jennifer.rusie@jacksonlewis.com
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 656-1664

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

| | |
|---|---|
| */s/ Jeffrey C. Bank* <br> Jeffrey C. Bank <br> jbank@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI PC <br> 1700 K Street NW, Fifth Floor <br> Washington, DC 20006 <br> Telephone: (202) 973-8800 <br><br> Rachael Racine <br> rracine@wsgr.com <br> WILSON SONSINI GOODRICH & ROSATI PC <br> 1301 Avenue of the Americas, 40th Floor <br> New York, NY 10019 <br> Telephone: (212) 497-7766 <br><br> *Counsel for Defendant Morgan Properties Management Company, LLC* | */s/ Valentine Hoy* <br> Valentine Hoy (admitted *pro hac vice*) <br> Scott Perlin (admitted *pro hac vice*) <br> ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS <br> 600 West Broadway, 27th Floor <br> San Diego, CA 92101 <br> Telephone: (619) 233-1155 <br> vhoy@allenmatkins.com <br> sperlin@allenmatkins.com <br><br> Patrick E. Breen (admitted *pro hac vice*) <br> ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS <br> 865 South Figueroa Street, Suite 2800 <br> Los Angeles, CA 90017 <br> Telephone: (213) 622-5555 <br> pbreen@allenmatkins.com <br><br> Gibeault "Beau" C. Creson <br> SIMS\|FUNK, PLC <br> 3102 West End Avenue, Ste. 1100 <br> Nashville, TN 37203 <br> Telephone: (615) 292-9335 <br> bcreson@simsfunk.com <br><br> *Counsel for Defendant Sares Regis Group Commercial, Inc.* |

| | |
|---|---|
| */s/ Mark McKane, P.C.* | */s/ Edwin Buffmire* |
| Mark McKane, P.C. (*pro hac vice*) | Edwin Buffmire |
| mark.mckane@kirkland.com | ebuffmire@jw.com |
| KIRKLAND & ELLIS LLP | Michael Moran |
| 555 California Street | mmoran@jw.com |
| San Francisco, CA 94104 | Michael J. Murtha |
| Telephone: (415) 439-1400 | mmurtha@jw.com |
| | JACKSON WALKER LLP |
| *Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.* | 2323 Ross Ave., Suite 600 |
| | Dallas, TX 75201 |
| | Telephone: (214) 953-6000 |
| | |
| | Samuel P. Funk (TN Bar # 019777) |
| | SIMS|FUNK, PLC |
| | 3102 West End Ave., Suite 1100 |
| | Nashville, Tennessee 37203 |
| | Telephone: (615) 292-9335 |
| | Fax: (615) 649-8565 |
| | sfunk@simsfunk.com |
| | |
| | *Counsel for Defendants Trammell Crow Residential Company and Crow Holdings, LP* |

*/s/ Ferdose al-Taie*
Ferdose al-Taie (admitted *pro hac vice*)
faltaie@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL &
BERKOWITZ, P.C.
956 Sherry Lane, 20th Floor
Dallas, TX 75225
Telephone: (214) 391-7210

Christopher E. Thorsen (BPR # 21049)
cthorsen@bakerdonelson.com
BAKER, DONELSON, BEARMAN CALDWELL &
BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Telephone: (615) 726-5600

*Counsel for Defendant ZRS Management, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ David D. Cross*
David D. Cross

*Counsel for Defendant UDR, Inc.*