UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | NO. 3:23-cv-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES |

## DEFENDANTS' MOTION FOR LEAVE TO RESPOND TO FOUR STATE ATTORNEYS GENERAL'S STATEMENT OF INTEREST

The remaining Defendants[1] in this matter respectfully move for leave to file by October 31, 2025, a brief response to the Statement of Interest Regarding Preliminary Approval of Proposed Settlements filed by Attorneys General for the District of Columbia, Maryland, New Jersey and Kentucky (Doc. No. 1281). Defendants respectfully submit that a response is necessary to identify for this Honorable Court the potential impact on the remaining Defendants of granting the Attorneys General's request for relief here and the impact on similar matters pending in state and federal courts nationwide, including but not limited to impeding further settlements in this action.

[signature blocks on following page]

---

[1] Filing Defendants include Camden Property Trust; Cortland Management, LLC; Equity Residential; Essex Property Trust, Inc.; Independence Realty Trust, Inc.; Willow Bridge Property Co. (formerly known as Lincoln Property Co.); Mid-America Apartment Communities, Inc.; Mid-America Apartments, LP; Morgan Properties Management Company, LLC; RPM Living LLC; Sares Regis Group Commercial, Inc.; The Related Companies, L.P.; Related Management Company, L.P.; Rose Associates, Inc.; ZRS Management, LLC; Trammel Crow Residential Co.; Crow Holdings, LP; UDR, Inc.; RealPage, Inc.; Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.; and Highmark Residential, LLC.

Dated: October 28, 2025

/s/ David D. Cross
David D. Cross (admitted *pro hac vice*)
dcross@goodwinlaw.com
Alexandra Russell (admitted *pro hac vice*)
arussell@goodwinlaw.com
Julia Maloney (admitted *pro hac vice*)
juliamaloney@goodwinlaw.com
Fatmeh Basma (admitted *pro hac vice*)
fbasma@goodwinlaw.com
Julia Stamper (admitted *pro hac vice*)
jstamper@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, D.C. 20036
Telephone: (202) 346-4000

Kathryn M. Baldwin (admitted *pro hac vice*)
kbaldwin@goodwinlaw.com
Ben Campbell (admitted *pro hac vice*)
bencampbell@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

/s/ Joshua L. Burgener
jburgener@fbtlaw.com
FROST BROWN TODD LLC
150 3rd Ave S., Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5667

*Counsel for Defendant UDR, Inc.*

/s/ Jay Srinivasan
Jay Srinivasan (admitted *pro hac vice*)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (admitted *pro hac vice*)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen Weissman (admitted *pro hac vice*)
sweissman@gibsondunn.com
Michael J. Perry (admitted *pro hac vice*)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 955-8678

S. Christopher Whittaker (admitted *pro hac vice*)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted *pro hac vice*)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Thomas H. Dundon (SBN: 004539)
tdundon@nealharwell.com
NEAL & HARWELL, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713

*Counsel for Defendant RealPage, Inc.*

*/s/ Jeffrey L. Kessler*

| | |
|---|---|
| Jeffrey L. Kessler (admitted *pro hac vice*) | Stephen J. Zralek, BPR #018971 |
| JKessler@winston.com | szralek@spencerfane.com |
| Sofia Arguello (admitted *pro hac vice*) | S. Chase Fann, BPR #036794 |
| SArguello@winston.com | cfann@spencerfane.com |
| WINSTON & STRAWN LLP | SPENCER FANE LLP |
| 200 Park Avenue | 511 Union Street, Suite 1000 |
| New York, NY 10166 | Nashville, TN 37219 |
| Telephone: (212) 294-6700 | Telephone: (615) 238-6300 |

Conor A. Reidy (admitted *pro hac vice*)    *Counsel for Defendant Equity Residential*
CReidy@winston.com
Matthew R. DalSanto (admitted *pro hac vice*)
MDalSanto@winston.com
WINSTON & STRAWN LLP
300 N. LaSalle Drive, Suite 4400
Chicago, IL 60654
Telephone: (312) 558-5600

Kevin B. Goldstein (admitted *pro hac vice*)
KBGoldstein@winston.com
WINSTON & STRAWN LLP
1901 L Street, N.W.
Washington, D.C. 20036-3506
Telephone: (202) 282-5000

Alyse F. Stach
astach@bakerlaw.com
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501
Telephone: (215) 568-3100

Justin P. Murphy
jpmurphy@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W., Suite 1100
Washington, D.C. 20236-5403
Telephone: (202) 861-1529

/s/ Ryan Sandrock
Ryan Sandrock
rsandrock@shb.com
Shook, Hardy & Bacon L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

Maveric Ray Searle
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

*Counsel for Defendant Camden Property Trust*


/s/ Todd R. Seelman
Todd R. Seelman, admitted *Pro Hac Vice*
Thomas L. Dyer, admitted *Pro Hac Vice*
**Lewis Brisbois Bisgaard & Smith LLP**
1700 Lincoln Street, Suite 3500
Denver, Colorado 80203
Telephone: (720) 292-2002
Todd.Seelman@lewisbrisbois.com
Thomas.Dyer@lewisbrisbois.com

*Counsel for Defendant Cortland Management, LLC*

/s/ John J. Sullivan
John J. Sullivan (admitted *pro hac vice*)
jsullivan@cozen.com
COZEN O'CONNOR P.C.
3 WTC, 175 Greenwich St., 55th Floor
New York, NY 10007
Telephone: (212) 453-3729

Thomas Ingalls (admitted *pro hac vice*)
tingalls@cozen.com
Deanna H. Clayton (admitted *pro hac vice*)
dclayton@cozen.com
COZEN O'CONNOR P.C.
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 471-3411

Robert S. Clark (admitted *pro hac vice*)
robertclark@cozen.com
Nathan J. Larkin (admitted *pro hac vice*)
nlarkin@cozen.com
Cara A. Costanzo (admitted *pro hac vice*)
caracostanzo@cozen.com
Lauren Freeman (admitted *pro hac vice*)
lfreeman@cozen.com
Joan M. Taylor (admitted *pro hac vice*)
joantaylor@cozen.com
COZEN O'CONNOR P.C.
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 366-4463

*Counsel for Defendants Independence Realty Trust, Inc.*

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

/s/ Britt M. Miller
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Rachel J. Lamorte (admitted *pro hac vice*)
rlamorte@mayerbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3262

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

/s/ Michael D. Bonanno
Michael D. Bonanno (admitted *pro hac vice*)
mikebonanno@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I St. NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8225

Christopher Daniel Kercher (admitted *pro hac vice*)
christopherkercher@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor,
New York, New York 10010
Telephone: (212) 849-7000

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

/s/ Nicole Castle
Nicole Castle (admitted *pro hac vice*)
ncastle@velaw.com
VINSON & ELKINS LLP
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Telephone: (212) 237-0096

Adam Hudes (admitted *pro hac vice*)
ahudes@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6632

*Counsel for Defendant RPM Living, LLC*

*/s/ Gregory J. Casas*
Gregory J. Casas (admitted pro hac vice)
greg.casas@us.dlapiper.com
Emily W. Collins (admitted pro hac vice)
emily.collins@us.dlapiper.com
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, Texas 78701
Telephone: (512) 457-7290

Becky L. Caruso (admitted pro hac vice)
becky.caruso@us.dlapiper.com
DLA PIPER LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
Telephone: (973) 520-2550

*/s/ Ryan T. Holt*
Ryan T. Holt (Bar No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (Bar No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT & HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone: (615) 742-4200

*Counsel for Defendant Willow Bridge Property Company (f/k/a Lincoln Property Company)*

*/s/ John D. Keller*
John D. Kellerjkeller@wmhwlaw.com
WALDEN MACHT & HARAN LLP
250 Vesey Street
New York, NY 10281
Telephone: (212) 335-2049

*/s/ Georgia K. Winston*
Georgia K. Winston (admitted *pro hac vice*)
gwinston@wmhlaw.com
WALDEN MACHT & HARAN LLP
250 Vesey Street
New York, NY 10281
Telephone: (212) 335-2030

Jennifer S. Rusie
Jennifer.rusie@jacksonlewis.com
JACKSON LEWIS, P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
Telephone: (615) 656-1664

*Counsel for Defendants The Related Companies, L.P. and Related Management Company, L.P.*

| | |
|---|---|
| */s/ Jeffrey C. Bank* | */s/ Valentine Hoy* |
| Jeffrey C. Bank | Valentine Hoy (admitted *pro hac vice*) |
| jbank@wsgr.com | Scott Perlin (admitted *pro hac vice*) |
| Brian J. Smith | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS |
| brian.smith@wsgr.com | 600 West Broadway, 27th Floor |
| WILSON SONSINI GOODRICH & ROSATI PC | San Diego, CA 92101 |
| 1700 K Street NW, Fifth Floor | Telephone: (619) 233-1155 |
| Washington, DC 20006 | vhoy@allenmatkins.com |
| Telephone: (202) 973-8800 | sperlin@allenmatkins.com |
| | |
| *Counsel for Defendant Morgan Properties Management Company, LLC* | Patrick E. Breen (admitted *pro hac vice*) |
| | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS |
| | 865 South Figueroa Street, Suite 2800 |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 622-5555 |
| | pbreen@allenmatkins.com |
| | |
| | Gibeault "Beau" C. Creson |
| | SIMS\|FUNK, PLC |
| | 3102 West End Avenue, Ste. 1100 |
| | Nashville, TN 37203 |
| | Telephone: (615) 292-9335 |
| | bcreson@simsfunk.com |
| | |
| | *Counsel for Defendant Sares Regis Group Commercial, Inc.* |

<table>
<tr><td>

*/s/ Mark McKane, P.C.*
Mark McKane, P.C. (*pro hac vice*)
mark.mckane @kirkland.com
Emma Scott
emma.scott@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Nathaniel Haas (*pro hac vice*)
nathaniel.haas@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, 37th Floor
Los Angeles, California 90067
Telephone: (213) 680-8250
Facsimile: (213) 680-8500

*Counsel for Defendants Thoma Bravo L.P., Thoma Bravo Fund XIII, L.P., and Thoma Bravo Fund XIV, L.P.*

</td><td>

*/s/ Edwin Buffmire*
Edwin Buffmire
ebuffmire@jw.com
Michael Moran
mmoran@jw.com
Michael J. Murtha
mmurtha@jw.com
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000

Samuel P. Funk (TN Bar # 019777)
SIMS|FUNK, PLC
3102 West End Ave., Suite 1100
Nashville, Tennessee 37203
Telephone: (615) 292-9335
Fax: (615) 649-8565
sfunk@simsfunk.com

*Counsel for Defendants Trammell Crow Residential Company and Crow Holdings, LP*

</td></tr>
</table>

| | |
|---|---|
| /s/ Ferdose al-Taie | /s/ Richard P. Sybert |
| Ferdose al-Taie (admitted *pro hac vice*) | Richard P. Sybert (admitted *pro hac vice*) |
| faltaie@bakerdonelson.com | Hannah Brown Goehring (admitted *pro hac vice*) |
| BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C. | Leigh A. Woodruff (admitted *pro hac vice*) |
| 956 Sherry Lane, 20th Floor | Shuying Lin (admitted *pro hac vice*) |
| Dallas, TX 75225 | rsybert@grsm.com |
| Telephone: (214) 391-7210 | hbrown@grsm.com |
| | lwoodruff@grsm.com |
| Christopher E. Thorsen (BPR # 21049) | slin@grsm.com |
| cthorsen@bakerdonelson.com | |
| BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C. | GORDON REES SCULLY MANSUKHANI, LLP |
| Baker Donelson Center, Suite 800 | 701 Fifth Avenue, Suite 2100 |
| 211 Commerce Street | Seattle, WA 98104 |
| Nashville, TN 37201 | Telephone: (206) 321-5222 |
| Telephone: (615) 726-5600 | |
| | *Counsel for Defendant Rose Associates Inc.* |
| *Counsel for Defendant ZRS Management, LLC* | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ David D. Cross*
David D. Cross

*Counsel for Defendant UDR, Inc.*
