**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL | ) | **Case No. 3:23-md-03071** |
| SOFTWARE ANTITRUST | ) | **MDL No. 3071** |
| LITIGATION (NO. II) | ) | |
| | ) | **THIS DOCUMENT RELATES TO:** |
| | ) | **ALL CASES** |
| | ) | |

## ORDER

To assist the Court to evaluate the discovery dispute in the Joint Motion for Discovery Conference As to RealPage, Inc. (Doc. No. 1323), RealPage, Inc., shall deliver to chambers on or before **January 9, 2026**, for the Court's in camera review, the following:

1.    The ten documents referenced in paragraph 2 of the Declaration of Martin Thornthwaite. (Doc. No. 1323-1).

2.    The single document referenced in paragraph 3 of the Thornthwaite Declaration.

3.    The eleven documents in paragraph 4 of the Thornthwaite Declaration.

4.    The email of February 6, 2024, and RealPage Privilege Log Entry Nos. 8837 and 8838, referenced in paragraph 4 of the Thornthwaite Declaration.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE