UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | Case No. 3:23-md-03071 MDL No. 3071 THIS DOCUMENT RELATES TO: ALL CASES |

## ORDER

Before the Court is Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.'s (collectively, "MAA") Unopposed Motion for Entry of MAA's TAR Protocol (Doc. No. 1049). For many of the same reasons the Court previously granted Defendant UDR, Inc.'s TAR Protocol (see Doc. No. 1024), MAA's Motion (Doc. No. 1049) is **GRANTED** and MAA may use Relativity's Active Learning ("RAL") to conduct its document review. However, the Court again emphasizes that MAA and its attorneys are responsible for using RAL in a way that ensures full compliance with the Federal Rules of Civil Procedure, this Court's Local Rules, and the Rules of Professional Responsibility.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE