Motion (1099) is **GRANTED** and the deadline for document production is extended to **April 28, 2025.**

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| *In re RealPage, Inc. Rental Software Antitrust Litigation* | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00332<br>3:23-cv-00357<br>3:23-cv-00979 |

**DEFENDANT EQUITY RESIDENTIAL'S UNOPPOSED MOTION
TO EXTEND THE DOCUMENT PRODUCTION DEADLINE**

Defendant Equity Residential ("Equity") submits this Unopposed Motion to Extend the Document Production Deadline currently set for March 28, 2025 to April 28, 2025, only as to Equity for a single custodian added by negotiation of the parties. Plaintiffs do not oppose this Motion.

**I.     Background**

1. The Court's Case Management Order ECF No. 818 ("CMO"), established the deadline for completion of document production by March 28, 2025.

2. Equity has and continues to work in good faith with the Plaintiffs to fulfill its discovery obligations.

3. To date, Equity has produced 91,592 documents.